## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX REL: MICHAEL J. PISKANIN, | : | No. 137 MM 2015 |
| Petitioner | : | |
| v. | : | |
| ATTORNEY GENERAL OF PENNSYLVANIA, KATHLEEN G. KANE, ESQ. (AND SUCCESSORS); AND PENNSYLVANIA UNIFIED JUDICIAL SYSTEM, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of October, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Review and Writ of Mandamus is **DENIED**.